# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AYO | CIVIL ACTION |
| VERSUS | 21-222-SDD-EWD |
| SOFI LENDING CORPORATION, ET AL. | |

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant, Experian Information Solutions, Inc., are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with this Defendant is not consummated.

Signed in Baton Rouge, Louisiana on <u>July 20, 2021</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.