UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| James Ayo<br><br>      Plaintiff,<br>v.<br><br>Sofi Lending Corporation, and<br>Experian Information Solutions, Inc.<br><br>      Defendants. | Case No.: 3:21-cv-00222-SDD-EWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOFI LENDING CORPORATION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Sofi Lending Corporation hereby jointly stipulate that Sofi Lending Corporation may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted September 15, 2021


*/s/Paulette Porter LaBostrie*
Paulette Porter LaBostrie, esq.
PO Box 626
Geismar, LA 70734
labostrielaw@gmail.com

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447

*/s/ Jonathan G. Wilbourn*
Jonathan G. Wilbourn, T.A. (Bar Roll No. 27683)
301 Main Street, 14th Floor
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
jwilbourn@mcglinchey.com
*Attorneys for Sofi Lending Corp.*

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/Paulette Porter LaBostrie*