UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| James Ayo<br><br>    Plaintiff,<br>v.<br><br>Sofi Lending Corporation, and<br>Experian Information Solutions, Inc.<br><br>    Defendants. | Case No.: 3:21-cv-00222-SDD-EWD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SOFI LENDING CORPORATION** |

Having considered the parties' Stipulation for Dismissal with Prejudice as to Defendant Sofi Lending Corporation and good cause appearing:

**IT IS ORDERED** that the Stipulation is granted. This Matter is hereby dismissed with prejudice as to Defendant Sofi Lending Corporation with each party to bear its own attorneys' fees and costs.

Baton Rouge, Louisiana the 16th day of September, 2021.

_____
Chief Judge Shelly D. Dick
United States District Court
Middle District of Louisiana

1